# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADESAMNI ADEWUSI**, | : CIVIL ACTION NO. 1:09-CV-0232 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **ERIC H. HOLDER, JR.**, *et al.*, | : |
| Respondents | : |

## ORDER

AND NOW, this 13th day of August, 2009, upon consideration of the petition for writ of habeas corpus (Doc. 1), and of the notice of removal (Doc. 11) which represents that the government physically removed petitioner from the territorial boundaries of the United States on June 17, 2009, and it appearing that petitioner is no longer detained or in the custody of United States Immigration and Customs Enforcement, and it further appearing that petitioner's absence from the United States renders his petition (Doc. 1) moot, see 28 U.S.C. § 2241(c); Leyra v. Williams, 504 F.3d 357, 363 (3d Cir. 2007) (observing that a petitioner's release from custody renders "his habeas case moot unless he can demonstrate he will suffer some collateral consequences if his conviction is allowed to stand"), that the court instructed petitioner to show cause on or before July 31, 2009 why his petition should not be dismissed, (see Doc. 12), and that he has not responded as required by this order, it is hereby ORDERED that the petition (Doc. 1) for writ of habeas corpus is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge